```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ANTHONY CORTESE,                    :
                                    :
     Plaintiff,                     :
                                    :          19-cv-11189(JSR)
          -v-                       :
                                    :          ORDER
SKANSKA USA INC., et al.            :
                                    :
     Defendants.                    :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

As stated by the Court during today's telephonic oral argument, defense counsel is directed to produce to the Court and plaintiff's counsel the relevant contract between defendants and the Port Authority by no later than March 25. Each side is invited to file a supplemental brief, not to exceed fifteen double-spaced pages, on any and all issues relating to the motion to dismiss and the motion for conditional certification by no later than April 8. Defense counsel must produce the discovery discussed on the telephone call to plaintiff by no later than April 21.

Additionally, all dates in the case management plan for the instant matter are extended by thirty days. The final pretrial conference, at which the Court will hear oral argument on any motions for summary judgment, is adjourned to July 31, 2020 at 4 PM.

1

SO ORDERED

Dated:   New York, NY

        March 20, 2020

_____
United States District Judge