```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
ANTHONY CORTESE                       :
                                      :
      Plaintiff,                      :
                                      :      19-cv-11189(JSR)
         -v-                          :
                                      :      ORDER
SKANSKA USA INC. et al.               :
                                      :
      Defendants.                     :
-------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

In response to the joint application of the parties made during a telephone conference on May 18, 2020, and as necessitated by the Court's earlier decision at ECF No. 34 to grant plaintiff's motion for conditional certification of a FLSA class, see 29 U.S.C. § 216(b), the case management plan earlier set by the Court, ECF No. 9, is amended as follows:

Defendants are directed to provide plaintiff's counsel with the names and addresses of potential collective members by no later than May 22. Plaintiff's counsel must mail opt-in notices to such potential members by no later than May 29, with notices returnable by August 28.

So that the parties may conduct supplemental discovery on the opt-in plaintiffs' claims, the discovery cut-off date is extended to September 28.

Summary judgment moving papers are due by no later than October 12, with answering papers by October 26 and reply papers by November 2. The Court will hold a final pre-trial conference, at which it

1

will hear oral argument on any motions for summary judgment, on November 16 at 4 pm.

Further, defendants' deadline to answer plaintiff's first amended complaint, ECF No. 37, is extended until one week following the issuance of the Court's opinion explaining the reasoning behind its bottom-line ruling at ECF No. 34.

SO ORDERED.

Dated: New York, NY
      May 19, 2020

_____
United States District Judge