```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x
ANTHONY CORTESE, individually and  :
on behalf of others similarly      :
situated,                          :
                Plaintiff,         :
                                   :       19-cv-11189 (JSR)
        v.                         :
                                   :            ORDER
SKANSKA KOCH, INC. and SKANSKA USA :
INC.,                              :
                Defendants.        :
------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

On October 21, 2020, the Court ordered non-party the Port Authority of New York & New Jersey (the "Port Authority") to show cause why it should not be held in contempt for failure to comply with a subpoena. The Order stated that "[i]f the Port Authority complies with the subpoena or agrees to do so by a date certain not later than Monday, November 2, 2020, then . . . unless plaintiff requests otherwise, the order to show cause will be discharged." ECF No. 44. On October 26, the Port Authority committed to produce responsive documents by November 2. ECF No. 47. Plaintiff has not objected. Therefore, the order show cause is discharged, without prejudice, and the October 28 hearing is cancelled.

SO ORDERED.

Dated:   New York, NY

        October 27, 2020

                                                      JED S. RAKOFF, U.S.D.J.